IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

Use of form: This form is to be used only in asset cases. It must be submitted, in duplicate, to the TRUSTEE (not the Court). If mailed, the creditor must include a stamped, self-addressed envelope. Important: Even if the trustee signs the notice of abandonment, the creditor should not take any action against the debtor without first determining that such action is not prohibited by 11 U.S.C. §362 (C)

## REQUEST FOR ABANDONMENT

Debtors' Names: Stephen Scott Durrant and Jenny Merone Durrant        Bankruptcy Number: 10-37478 RKM

Trustee: David Miller

Description of Secured Property:        564 River Heights Boulevard
Logan, UT 84321
(legally described on attached Trust Deed)

Value of Property: $130,000.00

Basis of Valuation: Statements and Schedules

Amount Owed to Creditor on Secured Obligation: Approximately $137,093.97 to: U.S. Bank, N.A., its successors and/or assigns.

The above information is true to the best of my knowledge and belief. Attached to this request are documents that reflect a properly perfected security interest in the property listed above. I request that the trustee abandon the property from the bankruptcy estate, subject to any interest of the debtor, and issue a written notice of abandonment.

Name: Mark Middlemas
Attorney for: U.S. Bank, N.A., its successors and/or assigns
3269 South Main Street Suite 100
Salt Lake City, UT 84115
L&A No. 11-12722

## NOTICE OF ABANDONMENT

Pursuant to 11 U.S.C. §554, I found the above listed property burdensome to the estate or of inconsequential value to the estate. I have given notice of my intent to abandon such property during the meeting of creditors and, there being no objection or request for hearing, I abandon any interest that the estate may have in and to said property.

Date: 5/19/11

David Miller